# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1017

_____

| | | |
|---|---|---|
| David Stebbins, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Full Sail University, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: March 10, 2011
Filed: March 16, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

David Stebbins appeals from the district court's[1] denial of his motion for reconsideration of the magistrate's[2] order staying his action pending a ruling in another case. We conclude that this court lacks jurisdiction to consider Stebbins's appeal, because the district court's order is not a final decision, and has not effectively ended the litigation. See 28 U.S.C. § 1291 (courts of appeals shall have jurisdiction

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

[2]The Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

of appeals from all final decisions of district courts); <u>Boushel v. Toro Co.</u>, 985 F.2d 406, 408 (8th Cir. 1993) (typically grants of stays are not final decisions for purposes of § 1291; only time order granting stay will be considered final order is if it is tantamount to dismissal and effectively ends litigation); <u>see also</u> <u>Huggins v. FedEx Ground Package Sys., Inc.</u>, 566 F.3d 771, 773, 775 (8th Cir. 2009) (dismissing appeal sua sponte for lack of jurisdiction).

     Accordingly, the appeal is dismissed for lack of jurisdiction.

_____